# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

August 27, 2012

BY HAND
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Kahele Butler</u><br>05 Cr. 1090 (KMK)

Dear Judge Karas:

This letter is written on behalf of Mr. Butler who is currently scheduled to appear before this Court on September 19, 2012, at 12:00, for a hearing on his supervised release. We respectfully ask this Court to follow the recommendation of the Florida probation department and add a special condition of 25 hours of community service to Mr. Butler's special conditions of supervised release.

Mr. Butler no longer resides in the district as he has moved to Florida. He has been in compliance with the terms of his supervised release, with one exception. In December 2011 he was charged with and pleaded guilty to a DWI. As a result of that conviction he has attended the required courses. Unfortunately, he had worked in a toll both and lost his job as a result of being unable to drive for six months. To his credit he has recently secured new employment. However, the cost of flying to New York is a heavy burden for Mr. Butler. The Florida probation officer supervising him has not recommended that he be violated but rather that an additional condition of community service be added. This Court scheduled a hearing. It would seem that allowing Mr. Butler to waive his appearance, or in the alternative do the hearing by conference call would save Mr. Butler considerable expense.

Respectfully submitted,

Susanne Brody

cc: John Collins, A.U.S.A.

Edward Johnson, U.S.P.O.

*[handwritten: The 9/19/12 conference is adjourned to 10/3/12 at 2:30
So Ordered
KMK 9/11/12]*

Darlene Galloway, U.S.P.O., Florida

Mr. Kahele Butler